UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

AJW PARTNERS, LLC, AJW OFFSHORE,
LTD, AJW QUALIFIED PARTNERS, LLC,
and NEW MILLENNIUM CAPITAL                    Civil Case No.
PARTNERS II, LLC,                             **07 Civ. 8719** (PAC) (DFE)

        Plaintiffs,

  - against -                                Hon. Paul A. Crotty, U.S.D.J.
                                            Hon. Douglas F. Easton, U.S.M.J.

EMTA HOLDINGS, INC.,

        Defendant.                   **JURY DEMAND**
------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 38, defendant EMTA Holdings, Inc. hereby demands a trial by jury on all issues so triable in the above action.

Dated: New York, New York         Eric W. Berry Law Office pc
       October 19, 2007

                                                  By: _____
                                                      Eric W. Berry [EB 8598]
                                                *Attorneys for defendant EMTA Holdings, Inc.*
                                                132 Nassau Street, Suite 1300
                                               New York, New York 10038
                                               (212) 355-0777

To:  Olshan Grundman Frome Rosenzweig & Wolosky, LLP
     Attn. Thomas J. Fleming, Esq.
     *Attorneys for plaintiffs*
     65 East 55th Street
     New York, New York 10022
     (212) 451-2300

Case No.  8719  Year 2007
Civil Case  Judge Crotty


AJW PARTNERS, LLC, AJW OFFSHORE,
LTD, AJW QUALIFIED PARTNERS, LLC,
and NEW MILLENNIUM CAPITAL
PARTNERS II, LLC,

                            Plaintiffs,

   - against -

EMTA HOLDINGS, INC.,

                            Defendant.


**DEMAND FOR JURY TRIAL**


ERIC W. BERRY LAW OFFICE PC
*Attorneys for defendant*
*EMTA Holdings, Inc.*
132 NASSAU STREET, SUITE 1300
NEW YORK, NEW YORK  10038
(212) 355-0777