UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

AJW PARTNERS, LLC, AJW OFFSHORE,           Civil Case No.
LTD, AJW QUALIFIED PARTNERS, LLC,
and NEW MILLENNIUM CAPITAL               07 Civ.  8719   (PAC) (DFE)
PARTNERS II, LLC,

                  Plaintiffs,           **DECLARATION OF SERVICE**

     - against -

EMTA HOLDINGS, INC.,

              Defendant.

---------------------------------------------------X

     Judy Jones, pursuant to 28 U.S.C. §1746, declares under penalty of perjury that the following is true and correct:

     1.  I am 18 years of age, not a party to this action and have a place of business at 132 Nassau Street, New York, New York.

     2.  On October 19, 2007, I served the annexed JURY DEMAND by HAND DELIVERY upon:

     Olshan Grundman Frome Rosenzweig & Wolosky, LLP
     Attn.  Thomas J. Fleming, Esq.
     *Attorneys for plaintiffs*
     65 East 55th Street
     New York, New York    10022
     (212) 451-2300

Dated: New York, New York           _____
       October 19, 2007                      Judy Jones