UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

AJW PARTNERS, LLC, AJW OFFSHORE,
LTD, AJW QUALIFIED PARTNERS, LLC,
and NEW MILLENNIUM CAPITAL           Civil Case No.  07 Civ. 8719  (PAC)
PARTNERS II, LLC,

              Plaintiffs,           **DECLARATION OF SERVICE**

   - against -

EMTA HOLDINGS, INC.,

             Defendant.

-------------------------------------------------------X

    Eric W. Berry, pursuant to 28 U.S.C. §1746, declares under penalty of perjury that the following is true and correct:

    1.  I am 18 years of age, not a party to this action and have a place of business at 132 Nassau Street, New York, New York.

    2.  On November 12, 2007, I served the annexed notice of ANSWER,. AFFIRMATIVE DEFENSES AND COUNTERCLAIMS by E-MAIL upon:

    Olshan Grundman Frome Rosenzweig & Wolosky, LLP
    Attn. Thomas J. Fleming, Esq.
    *Attorneys for plaintiffs*
    65 East 55th Street
    New York, New York   10022
    (212) 451-2300

Dated: New York, New York
       November 12, 2007                                     Eric W. Berry