# O L S H A N

O L S H A N   G R U N D M A N   F R O M E   R O S E N Z W E I G   &   W O L O S K Y   L L P

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222

WWW.OLSHANLAW.COM

DIRECT DIAL: 212-451-2264
EMAIL: JKINT@OLSHANLAW.COM

November 30, 2007



```
┌─────────────────────────────────┐
│ USDS SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____          │
│ DATE FILED: DEC 0 3 2007        │
└─────────────────────────────────┘
```

VIA FACSIMILE

Hon. Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 735
New York, NY 10007

**Application GRANTED**
**SO Ordered**   DEC 0 3 2007
USDJ

Re:   AJW Partners, LLC v. EMTA Holdings, Inc., 07 Civ. 8719 (PAC)

Dear Judge Crotty:

      We are counsel to plaintiffs in this action. I am writing, per instruction from your staff, to request an adjournment of the briefing schedule for plaintiffs' proposed motion to remand this action to state court. I make this request because the parties are negotiating a resolution of this matter and do not wish to engage in motion practice while they negotiate.

      Under the current schedule, plaintiffs' moving papers are due today. I request that the Court extend plaintiffs' time to serve and file their moving papers to December 21, 2007, with opposition papers due January 14, 2008, and reply papers due January 21, 2008.

      Defendant's counsel Eric W. Berry does not object to this request, provided that he does not have to serve opposition papers before January 14, 2008.

      Thank you for considering this request.

Respectfully,

Jack M. Kint, Jr.

cc:   Eric W. Berry, Esq. (counsel to defendant EMTA Holdings, Inc.)

**MEMO ENDORSED**

**MEMO ENDORSED**

NEW JERSEY OFFICE
744 BROAD STREET, 16TH FLOOR
NEWARK, NJ 07102
TELEPHONE: 973.331.7200
FACSIMILE: 973.331.7222

560674-1