UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 2 2008

Crotty/J

---

AJW PARTNERS, LLC, AJW OFFSHORE LTD, AJW QUALIFIED PARTNERS, LLC, and NEW MILLENNIUM CAPITAL PARTNERS II, LLC,

Plaintiffs,

-against-

EMTA HOLDINGS, INC.,

Defendant.

---

Civil Case No.
07 Civ. 8719 (PAC)

Hon. Paul A. Crotty, U.S.D.J.
Hon. Douglas F. Eaton, U.S.M.J.

Stipulation + Order of Dismissal

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that:

1. Plaintiffs hereby dismiss their Complaint without prejudice.

2. Defendant hereby dismisses its Counterclaims without prejudice.

Dated: New, York, New York
December 27, 2007

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
Thomas J. Fleming (TF4423)
*Attorneys for Plaintiffs*
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

LAW OFFICES OF ERIC W. BERRY PC

By: _____
Eric W. Berry (EB8598)
*Attorneys for Defendant*
132 Nassau Street, Suite 1300
New York, New York 10038
(212) 355-0777

JAN 0 2 2008

_____
U.S.D.J.

560937-1

DEC-28-2007  14:26         12127501371              96%                    P.02