UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

PRIORITY RECORDS LLC, a California limited
liability company; ARISTA RECORDS LLC, a
Delaware limited liability company; ATLANTIC
RECORDING CORPORATION, a Delaware
corporation; BMG MUSIC, a New York general
partnership; CAPITOL RECORDS, INC., a
Delaware corporation; CAROLINE RECORDS,
INC., a New York corporation; ELEKTRA
ENTERTAINMENT GROUP INC., a Delaware
corporation; FONOVISA, INC., a California
corporation; INTERSCOPE RECORDS, a California
general partnership; LAFACE RECORDS LLC, a
Delaware limited liability company; LAVA
RECORDS LLC, a Delaware limited liability
company; LOUD RECORDS LLC, a Delaware
corporation; MOTOWN RECORD COMPANY,
L.P., a California limited partnership; SONY BMG
MUSIC ENTERTAINMENT, a Delaware general
partnership; UMG RECORDINGS, INC., a
Delaware corporation; VIRGIN RECORDS
AMERICA, INC., a California corporation;
WARNER BROS. RECORDS INC., a Delaware
corporation; and ZOMBA RECORDING LLC, a
Delaware limited liability company,

        Plaintiffs,

  -against-

DOES 1-40,

        Defendants.
-------------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 02 2008

Civil Action No.: 07-cv-8418 PAC

Filed Electronically

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT DOES #1, #2, #3 AND #5-40**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs PRIORITY RECORDS LLC, *et al.*, by

and through their attorneys, voluntarily dismiss without prejudice their copyright infringement

1

claims against Defendant Does #1, #2, #3 and #5-40, each party to bear its/his own fees and costs.

Dated: Stamford, Connecticut
December 27, 2007

ROBINSON & COLE LLP
Attorneys for Plaintiffs

By: _____
Brian E. Moran (BM-8573)
Victor B. Kao (VK-6967)
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

JAN 02 2008

*[signature]*
USDS

2